**Steven Craig FULGHUM,**
**Plaintiff—Appellant,**

v.

**WISE SEATS, INC.; Mr. Mike Yon; Mr. Jimmy Freudenberg,**
**Defendants—Appellees.**

**No. 12–1613.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 24, 2012.

Steven Craig Fulghum, Appellant Pro Se. Michael D. Carrouth, George Alfred Reeves, III, FISHER & PHILLIPS, LLP, Columbia, South Carolina, for Appellees.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Craig Fulghum seeks to appeal the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to the defendants. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on March 27, 2012. The notice of appeal was filed on May 7, 2012. Because Fulghum failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*